| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Carolyn A. Knox (SBN: 181317)<br>Krista L. Mitzel (SBN: 221002) |
|   | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
|   | THE PERMANENTE MEDICAL GROUP, INC. |
| 6 | GROUP LONG TERM DISABILITY PLAN |
| 7 | |
| 8 | THORNTON DAVIDSON & ASSOCIATES<br>Thornton Davidson (SBN: 166487) |
|   | 2055 San Joaquin Street |
| 9 | Fresno, California 93721-2717 |
|   | Telephone: (559) 256-9800 |
| 10 | Facsimile: (559) 256-9791 |
| 11 | Attorney for Plaintiff |
|    | TERI ALYAMI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERI ALYAMI, | ) | Case No. C 04-5151 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. RULE 41(a), AND [PROPOSED] ORDER** |
| v. | ) | |
| THE PERMANENTE MEDICAL GROUP, INC. GROUP LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

///
///
///
///
///
///
///

Plaintiff TERI ALYAMI ("Plaintiff") and Defendant THE PERMANENTE MEDICAL GROUP, INC. GROUP LONG TERM DISABILITY PLAN ("Plan") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: May 18, 2005

SEYFARTH SHAW LLP

By _____
Krista L. Mitzel

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC. GROUP LONG TERM DISABILITY PLAN

DATED: May ___, 2005

THORNTON DAVIDSON & ASSOCIATES

By _____
Thornton Davidson

Attorney for Plaintiff
TERI ALYAMI

**IT IS SO ORDERED.**

DATED: _____, 2005

By _____
Honorable Maxine M. Chesney
United States District Court Judge

| | |
|---|---|
| 1 | Plaintiff TERI ALYAMI ("Plaintiff") and Defendant THE PERMANENTE MEDICAL |
| 2 | GROUP, INC. GROUP LONG TERM DISABILITY PLAN ("Plan") have reached a resolution |
| 3 | of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to |
| 4 | Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs. |
| 5 | The parties seek the Court's approval of dismissal of this action with prejudice through |
| 6 | the order listed *infra*. |

DATED: May ____, 2005           SEYFARTH SHAW LLP


By_____
         Krista L. Mitzel

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP,
INC. GROUP LONG TERM DISABILITY
PLAN


DATED: May 17, 2005             THORNTON DAVIDSON &
                                ASSOCIATES


By_____
         Thornton Davidson

Attorney for Plaintiff
TERI ALYAMI

**APPROVED**
Judge Maxine M. Chesney

IT IS SO ORDERED.

DATED: May 18, 2005             By_____
                                Honorable Maxine M. Chesney
                                United States District Court Judge